JS - 6

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE ORTIGOZA; ISAIAS ORTIGOZA<br><br>**Plaintiff(s),**<br><br>v.<br><br>WASHINGTON MUTUAL LOAN SERVICING, ET. AL.,<br><br>**Defendant(s).** | CASE NO. SA CV09-0149-DOC(ANx)<br><br>**ORDER DISMISSING CIVIL ACTION** |

The Court issued an Order to Show Cause re Dismissal for Lack of Prosecution on May 12, 2009. Plaintiffs were ordered to show cause in writing no later than May 29, 2009, why this action should not be dismissed for lack of prosecution. Plaintiffs have failed to file any response to the Order to Show Cause.

IT IS ORDERED that this action is hereby dismissed without prejudice for lack of prosecution.

DATED: May 29, 2009

_____
DAVID O. CARTER
United States District Judge